UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-250

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STEVEN D. WALDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Defendant's Motion for Compassionate Release. See Doc. No. 58. Having reviewed the motion, the Court finds that a response from the Government is needed to fully consider its merits. Therefore, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within **seven days** of the entry of this Order.

Signed: October 15, 2020

Max O. Cogburn Jr
United States District Judge