UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-00250-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **STEVEN D. WALDEN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Reconsider Motion for Compassionate Release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A). See Doc. No. 64. For reasons explained in the Court's prior Order, Defendant's Motion is denied. See Doc. No. 63. Specifically, having considered the state of the COVID-19 pandemic—both generally and within Defendant's place of imprisonment—Defendant's criminal history, his medical conditions, and the amount of sentence served, the Court found that, on balance, the weight of this evidence and the § 3553(a) factors counsel against release. As explained in the prior Order, Defendant failed to demonstrate that he is not a danger to the safety of the community or otherwise merits release under the § 3552(a) factors. See Doc. No. 63 at 3-4. Even considering Defendant's evidence that recidivism may be unlikely and that he has admirably sought therapy for himself, he does not show why the § 3552(a) factors weigh in favor of his release. The court is particularly mindful that his offense conduct was egregious and can easily be committed from the confines of his home. See id. at 3. Furthermore, Defendant has served less than one-quarter of his full sentence and has failed to demonstrate that serving 15 months of a 66 month sentence has been sufficient to promote respect for the law and provide just punishment for the offense while also protecting the public from Defendant. See id. at 3-4.

# ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Reconsider Motion for Compassionate Release, Doc. No. 64, is **DENIED**.

Signed: December 10, 2020

Max O. Cogburn Jr
United States District Judge